IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLEEN AVILA,<br><br>             Plaintiff,<br>     v.<br><br>CITY OF VISALIA, A CALIFORNIA MUNICIPAL CORPORATION, ANDREW SWARTHOUT, an individual, RAMONA CASEY, an individual, JON PREE, an individual; and BRENT ABBOTT, an individual,<br><br>             Defendants. | CASE NO:  1:09-CV-00847-OWW-SMS<br><br>ORDER ON MOTION TO DISMISS FIRST AMENDED COMPLAINT |

The matter of Defendant's Motion to Dismiss the First Amended Complaint was heard on November 1, 2010, in Courtroom 3 of the United States District Court Eastern District of California, before Judge Oliver W. Wanger.  William A. Romaine, Esq. appeared and argued as attorney for Plaintiff.  Ron Statler, Esq. appeared and argued as attorney for Defendants, CITY OF VISALIA, ANDREW SWARTHOUT, RAMONA CASEY, JON PREE and BRENT ABBOTT.

On November 1, 2010, the Court entered a Memorandum Decision.

Accordingly, IT IS ORDERED:

1) The FAC is dismissed in its entirety, without prejudice; and

2) Plaintiff shall file an amended complaint within thirty (30) days of the service of this Order. Defendant shall file a response within twenty (20) days of receipt of the amended complaint.

IT IS SO ORDERED.

DATED: November 8, 2010          /s/ OLIVER W. WANGER
                                 UNITED STATES DISTRICT JUDGE

-1-

PDF created with pdfFactory trial version www.pdffactory.com