Leonard C. Herr, #081896
DOOLEY, HERR, PELTZER & RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for Defendants,
    CITY OF VISALIA, ANDREW SWARTHOUT, RAMONA CASEY, JON PREE, BRENT ABBOTT, MARK LYON, JOEL ARJONA, BRIAN SCOTT and GILBERT TORRES.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLEEN AVILA,<br><br>    Plaintiff,<br>v.<br><br>CITY OF VISALIA, A CALIFORNIA MUNICIPAL CORPORATION, ANDREW SWARTHOUT, an individual; RAMONA CASEY, an individual; JON PREE, an individual; BRENT ABBOTT, an individual; MARK LYON, an individual; JOEL ARJONA, an individual; BRIAN SCOTT, an individual; and GILBERT TORRES, an individual;<br><br>    Defendants. | CASE NO: 1:09-CV-00847-OWW-SMS<br><br>ORDER AFTER HEARING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT |

    This matter came on for hearing before the Honorable Oliver W. Wanger, Judge of the District Court, on March 14, 2011. William J. Romaine, Esq. appeared for Plaintiff. Ron Statler, Esq. appeared for the Defendants.

    The Court has considered the pleadings, moving papers, opposition, reply, those matters properly subject to judicial notice, and arguments of the parties. A Memorandum Decision was entered by this Court on March 15, 2011.

///

///

DOOLEY, HERR, PELTZER & RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-1-

ORDER AFTER HEARING ON DEFENDANTS'
MOTION TO DISMISS SECOND AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

1       Based on the foregoing the Court hereby orders as follows:

2       1)      Plaintiff's Fourteenth Amendment claim under 42 U.S.C. section 1983
3  is dismissed, without prejudice; and,

4       2)      Any amended complaint is due within twenty (20) days of the
5  electronic filing of the Court's Memorandum Decision. Defendants' responsive
6  pleading is due within twenty (20) days of notice of the electronic filing of any such
7  amended complaint.

8

9       IT IS SO ORDERED.

10

11  DATED: March 25, 2011            /s/ OLIVER W. WANGER_____
                                     UNITED STATES DISTRICT JUDGE
12

DOOLEY, HERR,
PELTZER &
RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-2-

ORDER AFTER HEARING ON DEFENDANTS'
MOTION TO DISMISS SECOND AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com