Leonard C. Herr, #081896
DOOLEY, HERR, PELTZER & RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for Defendants,
   CITY OF VISALIA, ANDREW SWARTHOUT, RAMONA CASEY, JON PREE, BRENT ABBOTT, MARK LYON, JOEL ARJONA, BRIAN SCOTT and GILBERT TORRES.

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLEEN AVILA,<br><br>           Plaintiff,<br>     v.<br><br>CITY OF VISALIA, A CALIFORNIA MUNICIPAL CORPORATION, ANDREW SWARTHOUT, an individual; RAMONA CASEY, an individual; JON PREE, an individual; BRENT ABBOTT, an individual; MARK LYON, an individual; JOEL ARJONA, an individual; BRIAN SCOTT, an individual; and GILBERT TORRES, an individual;<br><br>           Defendants. | CASE NO: 1:09-CV-00847-LJO-SMS<br><br>**STIPULATION AND ORDER RE: PSYCHOLOGICAL EXAMINATION OF PLAINTIFF ARLEEN AVILA** |

## RECITALS

WHEREAS, Plaintiff has brought suit against Defendants CITY OF VISALIA, ANDREW SWARTHOUT, RAMONA CASEY, JON PREE, BRENT ABBOTT, MARK LYON, JOEL ARJONA, BRIAN SCOTT and GILBERT TORRES for deprivation of rights secured by the United States Constitution and laws of the United States, under color or law; discrimination under the Americans with Disabilities Act; retaliation; and intentional infliction of emotional distress as a result of her contact

DOOLEY, HERR, PELTZER & RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

1  with and detention by members of the Visalia Police Department on May 11, 2007
2  and November 16, 2010.
3      WHEREAS, Plaintiff seeks damages for severe and extreme emotional distress
4  she sustained as the result of the conduct she was allegedly subjected to during her
5  contact with members of the Visalia Police Department on May 11, 2007 and
6  November 16, 2010.

**STIPULATION**

8      IT IS HEREBY STIPULATED TO BY AND BETWEEN THE PARTIES,
9  THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, AS FOLLOWS:
10     1.   Plaintiff ARLEEN AVILA submit to a general psychological examination
11 to be performed by clinical psychologist, Alan Hedberg, Ph.D., in his office located
12 at 5100 N. Sixth Street, Ste. 140, Fresno, California, on February 14, 2012 at 11:00
13 a.m.
14     2.  Dr. Hedberg shall be allowed to conduct a 2-hour oral interview with
15 Plaintiff ARLEEN AVILA.  Plaintiff ARLEEN AVILA and Dr. Hedberg shall each be
16 allowed to audio record the oral interview.
17     3.  Dr. Hedberg shall be allowed to administer the following written tests:
18         A. MMPI – 2RF (Minnesota Multiphasic Personality Inventory)
19         B. MCMI – 3 (Million Clinical Multiaxial Inventory 3)
20         C. PSV  (Psychological Screening Inventory)
21         D. Rey's Memory Test
22         E. Word List Test
23     4. Neither Plaintiff's counsel nor any member of his support staff, nor any
24 other person, shall be allowed to be present during the oral interview stage of the
25 examination or be allowed to sit next to the Plaintiff while she answers test
26 questionnaires or in any way attempt to interfere, obstruct or deter Dr. Hedberg
27 from performing and completing his independent examination of Plaintiff ARLEEN
28 AVILA.

DOOLEY, HERR,
PELTZER &
RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

5. At the time of said examination, Plaintiff ARLEEN AVILA shall answer all proper questions and inquiries submitted to her by the examiner, including occupational history, prior mental injuries and diseases, prior mental health treatment, prior mental health complaints, current mental health treatment and current mental health complaints for the purpose of making a proper diagnosis of the Plaintiff's mental condition.

6. Defendant CITY OF VISALIA shall bear the cost of such examination.

Dated: January 12, 2012     LAW OFFICES OF WILLIAM A. ROMAINE

By: /s/ William A. Romaine
    WILLIAM A. ROMAINE
    Attorney for Plaintiff,
    ARLEEN AVILA

Dated: January 12, 2012     DOOLEY, HERR, PELTZER & RICHARDSON, LLP

By: /s/ Leonard C. Herr
    LEONARD C. HERR,
    Attorney for Defendants,
    CITY OF VISALIA, ANDREW SWARTHOUT,
    RAMONA CASEY, JON PREE, BRENT
    ABBOTT, MARK LYON, JOEL ARJONA,
    BRIAN SCOTT and GILBERT TORRES.

**ORDER**

Based on the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff ARLEEN AVILA submit to a general psychological examination to be performed by clinical psychologist, Alan Hedberg, Ph.D., in his office located at 5100 N. Sixth Street, Ste. 140, Fresno, California, on February 14, 2012 at 11:00 a.m.

DOOLEY, HERR,
PELTZER &
RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

1   IT IS FURTHER ORDERED that Dr. Hedberg shall be allowed to conduct a 2-hour oral interview with Plaintiff ARLEEN AVILA.  Plaintiff ARLEEN AVILA and Dr. Hedberg shall each be allowed to audio record the oral interview.

IT IS FURTHER ORDERED that Dr. Hedberg shall be allowed to administer the following written tests:

    1.  MMPI – 2RF (Minnesota Multiphasic Personality Inventory)

    2.  MCMI – 3 (Million Clinical Multiaxial Inventory 3)

    3.  PSV  (Psychological Screening Inventory)

    4.  Rey's Memory Test

    5.  Word List Test

IT IS FURTHER ORDERED that neither Plaintiff's counsel nor any member of his support staff, nor any other person, shall be allowed to be present during the oral interview stage of the examination, or be allowed to sit next to Plaintiff while she answers test questionnaires, or in any way attempt to interfere, obstruct, or deter Dr. Hedberg from performing and completing his independent examination of Plaintiff ARLEEN AVILA.

IT IS FURTHER ORDERED that at the time of said examination, Plaintiff ARLEEN AVILA shall answer all proper questions and inquiries submitted to her by the examiner, including occupational history, prior mental injuries and diseases, prior mental health treatment, prior mental health complaints, current mental health treatment, and current mental health complaints for the purpose of making a proper diagnosis of Plaintiff's mental condition.

IT IS SO ORDERED.

Dated:   **January 18, 2012**          /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

DOOLEY, HERR, PELTZER & RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200