Leonard C. Herr, #081896
Ron Statler, #234177
DOOLEY, HERR, PELTZER & RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for Defendants,
    CITY OF VISALIA, ANDREW SWARTHOUT, RAMONA CASEY, JON PREE, BRENT ABBOTT, MARK LYON, JOEL ARJONA, BRIAN SCOTT and GILBERT TORRES.

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARLEEN AVILA,<br><br>    Plaintiff,<br>v.<br><br>CITY OF VISALIA, A CALIFORNIA MUNICIPAL CORPORATION, ANDREW SWARTHOUT, an individual; RAMONA CASEY, an individual; JON PREE, an individual; BRENT ABBOTT, an individual; MARK LYON, an individual; JOEL ARJONA, an individual; BRIAN SCOTT, an individual; and GILBERT TORRES, an individual;<br><br>    Defendants. | CASE NO: 1:09-cv-00847-LJO-SMS<br><br>**ORDER RE: DISCOVERY DISPUTE (Doc. 73)** |

    On April 24, 2012, by stipulation of legal counsel for both parties, this matter came before the Court, the Honorable Sandra M. Snyder, United States Magistrate Judge presiding. William A. Romaine, Esq., and Leonard C. Herr, Esq., appeared telephonically before the Court on behalf of their respective clients.

    Legal counsel for the parties had previously presented the Court with a stipulation regarding the discovery dispute, a copy of which is appended to the Proposed Order (Doc. 73) as Exhibit "A" and incorporated herein by reference.

//

During the course of the conference with the Court, it was determined as following:

(1) Plaintiff has put her emotional and psychological conditions at issue in this case given the state of the pleadings and discovery previously produced;

(2) Plaintiff is pursuing claims for emotional distress, thus Defendants are entitled to conduct discovery on these issues;

(3) Plaintiff has previously executed releases for her medical records, including psychological records produced by Kaiser Permanente;

(4) Legal counsel for Defendants has those medical records in his possession; and,

(5) Healthcare providers who have been called to testify at deposition have expressed reluctance to testify about records produced previously because of certain federal, state and ethical laws and considerations.

Now, therefore, upon good cause having been shown based on the information provided to the Court, including representations made by both counsel as officers of the court,

IT IS HEREBY ORDERED that healthcare providers who have previously produced reports, which are in the possession of defense counsel, shall appear and testify at a deposition concerning the care, treatment and content of the reports previously produced.

IT IS SO ORDERED.

Dated:   **April 30, 2012**                              **/s/ Sandra M. Snyder**
                                                         UNITED STATES MAGISTRATE JUDGE