IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLEEN AVILA,<br><br>             Plaintiff,<br>     vs.<br>CITY OF VISALIA,<br>et al.,<br><br>             Defendants.<br>_____/ | CASE NO. CV F 09-0847 LJO SMS<br><br>**ORDER TO DENY DISMISSAL**<br>(Doc. 76.) |

Plaintiff filed a July 27, 2012 document ("July 27 document") to attempt to dismiss this action and which fails to comply with this Court's July 10, 2012 order. The July 27 document fails to comply with F.R.Civ.P. 41(a)(1)(A)(ii), which requires a stipulation signed by defendants who have answered or filed a summary judgment motion. The July 27 document is not a "stipulation," despite its caption, and lacks the necessary signature of defense counsel. As such, this Court DENIES dismissal of this action in the absence of compliance with F.R.Civ.P. 41(a)(1)(A)(ii). This Court ORDERS the parties, no later than **August 3, 2012**, to file either: (a) a stipulation which satisfies F.R.Civ.P. 41(a)(1)(A)(ii) and a proposed order to dismiss this action in its entirety; or (b) papers to show good cause why the parties have failed to comply with F.R.Civ.P. 41(a)(1)(A)(ii). This Court ADMONISHES counsel to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders. This Court FURTHER ADMONISHES counsel that failure to comply with this order in the absence of good cause will result in imposition of sanctions, including monetary sanctions and/or dismissal of this action with

1  or without prejudice.

5       IT IS SO ORDERED.

6  **Dated:   July 30, 2012**                              /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE