1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ARLEEN AVILA,                              CASE NO. CV F 09-0847 LJO SMS

12                      Plaintiff,             **ORDER TO DENY DISMISSAL**
                vs.                             (Doc. 76.)
13
     CITY OF VISALIA,
14   et al.,

15                      Defendants.
                                          /
16

17        Plaintiff filed a July 27, 2012 document ("July 27 document") to attempt to dismiss this action

18   and which fails to comply with this Court's July 10, 2012 order.  The July 27 document fails to comply

19   with F.R.Civ.P. 41(a)(1)(A)(ii), which requires a stipulation signed by defendants who have answered

20   or filed a summary judgment motion.  The July 27 document is not a "stipulation," despite its caption,

21   and lacks the necessary signature of defense counsel.  As such, this Court DENIES dismissal of this

22   action in the absence of compliance with F.R.Civ.P. 41(a)(1)(A)(ii).  This Court ORDERS the parties,

23   no later than **August 3, 2012**, to file either: (a) a stipulation which satisfies F.R.Civ.P. 41(a)(1)(A)(ii)

24   and a proposed order to dismiss this action in its entirety; or (b) papers to show good cause why the

25   parties have failed to comply with F.R.Civ.P. 41(a)(1)(A)(ii).  This Court ADMONISHES counsel to

26   obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders.  This Court

27   FURTHER ADMONISHES counsel that failure to comply with this order in the absence of good cause

28   will result in imposition of sanctions, including monetary sanctions and/or dismissal of this action with

                                              1

1 || or without prejudice.

2

3

4

5        IT IS SO ORDERED.

6  **Dated:    July 30, 2012**                          **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28