William A. Romaine # 126966
*Law Office of William A. Romaine*
206 West Lacey Boulevard # 309
Hanford, California 93230

559 582 9360(Telephone)
559 582 9350(Telecopier)
war@lawromaine.com

# United States District Court
# Eastern District of California

| | |
|---|---|
| ARLEEN AVILA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF VISALIA, A CALIFORNIA MUNICIPAL CORPORATION, ANDREW SWARTHOUT, an individual, RAMONA CASEY, an individual, JON PREE, an individual; and BRENT ABBOTT, an individual, VISALIA POLICE OFFICER LYON, an individual; VISALIA POLICE OFFICER ARJONA, an individual; VISALIA POLICE OFFICER SCOTT, an individual; and VISALIA POLICE OFFICER TORREZ, an individual;<br><br>　　　　　　　Defendants. | Case Number:   1:09-cv-847<br><br>ORDER DISMISSING ENTIRE CASE WITH PREJUDICE AS TO ALL PARTIES |

　　　Upon the written stipulation of the parties hereto, signed and duly filed in the above-entitled court by and through their respective counsel of record, and good cause appearing therefor:

　　　IT IS HEREBY ORDERED that the above-entitled matter be and is hereby dismissed with prejudice as to all parties, each party to bear their own costs.  The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   July 31, 2012**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

09cv0847.dismissal.glg.wpd